RUTH FINKELSTEIN, as Administratrix of the Estate of PERCY FINKELSTEIN, Deceased, Respondent, v. DAVID SILBERMAN et al., Individually and as Copartners Practicing Law under the Name of SILBERMAN & GRANT, Appellants.

Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.

PINA GISLASON, Respondent, v. WILLARD REALTY CORP., Appellant.—

Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.